**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Shanel L. Dancy, | ) | Case No. 22-10405 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| Shanel L. Dancy, | ) | |
|     Movant(s) | ) | |
| vs. | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Date: November 4, 2022                    /s/ Kenneth Steidl_____
                                                                Kenneth Steidl, Esquire
                                                                Attorney for the Debtor(s)

                                                                STEIDL & STEINBERG
                                                                Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                ken.steidl@steidl-steinberg.com
                                                                PA I.D. No.34965